17

# PENALTY PAGE

| | |
|---|---|
| CASE STYLE: | UNITED STATES v. COUCH, et al. |
| DEFENDANTS: | JOHN PATRICK COUCH, M.D.<br>XIULU RUAN, M.D. |
| USAO NUMBER: | 13R00521 |
| AUSAs: | DEBORAH A. GRIFFIN<br>CHRISTOPHER J. BODNAR |

STATUTE:
- Count 1: 21 U.S.C. § 846(a) (Conspiracy to distribute controlled subs.)
- Count 2: 18 U.S.C. § 1349 (Conspiracy to commit healthcare fraud)

PENALTY:
- Count 1: 20yrs/$250,000/3yrsSRT/$100SA
- Count 2: 10yrs/$250,000/3yrsSRT/$100SA

FORFEITURE: Notices Provided in Indictment