IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * |  |
| Plaintiff, |  |  |
| v | * | CRIMINAL NO. : 15-88 |
| XIULU RUAN |  |  |
| Defendant. | * |  |

### MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the Defendant, Xiulu Ruan, by and through the undersigned counsel, Dennis J. Knizley and respectfully moves this Honorable Court to modify the conditions of release in this matter and as grounds therefore states as follows:

1. On May 28, 2015, this Honorable Court entered an Order setting conditions of release in this cause.

2. Paragraph 8(e) ordered the Defendant to maintain or actively seek employment.

3. The Defendant is a licensed practicing medical doctor and has been so his entire professional career.

4. Paragraph 8(r) of the conditions of release directed the Defendant to have" no contact with employees, witnesses, or co-defendant Dr. John Couch. Also, no contact with Dr. Chen".

5. In order for the Defendant to comply with the provision regarding maintaining employment, it would be by necessity that the Defendant have communication and contact with employees who may or may not be witnesses, and to a limited degree, Dr. John Couch and Dr. Chen.

6. The Defendant has been informed and understands that any contact with employees, witnesses, or co-defendants cannot be associated with the facts of the this case except in situations where the witnesses or co-defendants are interviewed in the presence of the Defendant's counsel. However, the Defendant requests that he be allowed to communicate with employees, who may or may not be witnesses, and with

Dr. Couch and Dr. Chen, to the extent it is necessary to continue to work at his profession of practicing medicine.

      7.  The Defendant is cognizant, as set out in the conditions of release, that any obstruction of an investigation or tampering with a witness, victim or informant, or retaliation or attempt to retaliate against a witness, victim or informant, or any intimidation or attempt to intimidate a witness, victim or informant is a violation of federal statutes.

      WHEREFORE, premises considered, the Defendant respectfully moves this Honorable Court to modify the conditions of release allowing him to have non-case related contact with employees, Dr. Couch and Dr. Chen.

Respectfully submitted,

/s/ Dennis J. Knizley
Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, Alabama 36602
Phone:  (251) 432-3799
Fax:     (251) 432-4539

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 8th day of June, 2015, served a true and correct copy of the foregoing pleading by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant U.S. Attorney Deborah A. Griffin.

/s/ Dennis J. Knizley
Dennis J. Knizley