IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE ORDER REQUIRING GREENWAY MEDICAL TECHNOLOGIES TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT | Case No. 15-CR-00088-CG<br><br>**ORDER** |
|---|---|

Before the Court is the United States' motion for an Order requiring Greenway Medical Technologies ("Greenway") to assist law enforcement agents in the search of three backup databases of medical records. Upon consideration of the motion, and for the reasons stated therein, it is hereby:

ORDERED that Greenway, acting in support of a search warrant issued separately by this Court, provide the FBI with the interface necessary for the FBI to carry out the previously-ordered search of these databases;

FURTHER ORDERED that Greenway shall not be required to maintain copies of any patient data as a result of the assistance ordered herein. All evidence preservation shall remain the responsibility of law enforcement agents.

Signed,

United States Magistrate Judge Sonja F. Bivins

*Digitally signed by United States Magistrate Judge Sonja F. Bivins*
*DN: cn=United States Magistrate Judge Sonja F. Bivins, o=Federal Judiciary, ou=U.S. District Court Southern District Of Alabama, email=efile_bivins@alsd.uscourts.gov, c=US*
*Date: 2015.08.10 16:44:56 -06'00'*

THE HONORABLE SONJA BIVINS
UNITED STATES MAGISTRATE JUDGE

Date: August 10, 2015