IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>      **Plaintiff,** | * |  |
| v | * | **CRIMINAL NO. : 15-88** |
| **XIULU RUAN**<br>      **Defendant.** | * |  |

## MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the Defendant, Xiulu Ruan, by and through the undersigned counsel, Dennis J. Knizley and respectfully moves this Honorable Court to modify the conditions of release in this matter and as grounds therefore states as follows:

1. The Defendant was arrested in the Atlanta airport and taken before the magistrate in Atlanta, GA who imposed temporary release conditions.

2. One of those conditions was an evening curfew.

3. The magistrate judge in this district also imposed conditions, and in that imposition stated that all other release conditions were to remain in effect.

4. Impliedly that would include the condition of curfew imposed by the magistrate in Atlanta, GA.

5. The co-defendant in this case, Patrick Couch, is similarly situated as this defendant and does not have a curfew restriction in his release order.

6. The United States Attorney has no objection to the curfew condition being lifted.

7. The United States Probation Office for the Southern District of Alabama who is monitoring the Defendant has no objection to the curfew condition being lifted.

WHEREFORE, premises considered, the Defendant respectfully moves this Honorable Court to modify the conditions of release lifting the curfew provision and for such other, further and different relief, premises considered.

        Respectfully submitted,

        /s/ Dennis J. Knizley
        Dennis J. Knizley
        Attorney for the Defendant
        7 N. Lawrence Street
        Mobile, Alabama 36602
        Phone: (251) 432-3799
        Fax:    (251) 432-4539

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 11th day of September, 2015, served a true and correct copy of the foregoing pleading by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant U.S. Attorney Deborah A. Griffin.


        /s/ Dennis J. Knizley
        Dennis J. Knizley