IN THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **V.** | * | **CR15-88 CG** |
| | * | |
| **Xiulu Ruan** | * | |

## OBJECTION TO APPLICATION FOR WARRANT

COMES NOW the Defendant, by and through his attorney of record, and objects to the Government's Application for a warrant to obtain emails based on the following:

The request is overly broad and invasive as to content and relevant dates. Additionally, there are emails containing privileged information and/or communications, which are protected under attorney client privilege.

Defendant would request that this Application be set for a hearing and the Government be required to show cause as to this Application as to why the Government is requesting email data beyond the scope of the indictment.

Additionally, if the Government intends to make use of a "taint team" to review or filter the emails from Defendant's attorneys, Counsel would request an opportunity to be heard on the identity and or affiliation of the agency or individuals conducting said review.

If the Government is granted access to emails exchanged between Defendant and Counsel, there is no remedy for any violation that may occur if the attorney-client privilege is breached.

WHEREFORE premises considered, Counsel respectfully requests that a hearing be set to address the Government's Application.

Respectfully submitted this 25th day of September.

/s/ Jason Darley_____

        Jason Darley
        ATTORNEY FOR THE DEFENDANT
        354 Saint Emanuel St.
        Mobile, AL 36603
        (251) 441-7772
        darleylaw@gmail.com

## Certificate of Service

I hereby certify that I have served a copy of the forgoing on the undersigned by electronic filing on this the ___25th_ day of ____September_____, 2015.

US Attorney's Office
Christopher Bodnar
Deborah Griffin

        /s/ Jason Darley_____
        Jason Darley